

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | July 14, 2026 |
| Case Number: | 6:26–cv–00344–MC |
| Case Title: | Wilson v. Pyxis Solutions |

   **(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above–captioned case has been reassigned from the Honorable Ann L. Aiken to the Honorable Michael J. McShane, United States District Judge. Information on this case may be obtained from the following:

   Case Status or Scheduling Information:          Telephone:  541–431–4105
                                                   Email:  mcshane_crd@ord.uscourts.gov

   Filing or Docket Entry Information:             Telephone: 541–431–4100

   **(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

   **(C)    Change to the Case Number:**  Effective immediately, Judge McShane's initials (MC) will replace the previous judge's initials in this case.

                                        **MELISSA AUBIN**
                                        **Clerk of Court**

cc:    Judge McShane
       Counsel of Record